UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
DE SIMONE, CANDICE MARIE                        §        Case No. 09-45896
DE SIMONE, JOHN VITO                            §
                                                §
                                                §
          Debtor(s)                             §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                       .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 09-45896   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | DE SIMONE, CANDICE MARIE | Date Filed (f) or Converted (c): 12/03/09 (f) |
| | DE SIMONE, JOHN VITO | 341(a) Meeting Date: 01/14/10 |
| For Period Ending: | 02/26/15 | Claims Bar Date: 10/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1277 N. HICKS, PALATINE IL | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. 1305 E. PALATINE RD, PALATINE IL including rent collections per UST | 450,000.00 | 426,000.00 | | 431,200.00 | FA |
| 3. 1331 E. PALATINE ROAD, PALATINE IL | 175,000.00 | 0.00 | | 0.00 | FA |
| 4. 2750 W. TOUHY, ELK GROVE VILLAGE IL | 150,000.00 | 0.00 | | 0.00 | FA |
| 5. 4620 TALL TREES CT., PALATINE IL 60067 | 700,000.00 | 0.00 | | 0.00 | FA |
| 6. 57 E. ILLINOIS, PALATINE IL | 250,000.00 | 0.00 | | 0.00 | FA |
| 7. 627 W. CENTER ROAD, PALATINE IL | 350,000.00 | 0.00 | | 0.00 | FA |
| 8. 890 BENTON, PALATINE IL | 350,000.00 | 0.00 | | 0.00 | FA |
| 9. CONTRACT TO PURCHASE LOT AT CHRISTMAS MOUNTAIN, TH | 30,000.00 | 16,500.00 | | 0.00 | FA |
| 10. NOMINAL CASH | 100.00 | 100.00 | | 0.00 | FA |
| 11. CHECKING AT VILLAGE BANK AND TRUST | 200.00 | 200.00 | | 0.00 | FA |
| 12. CHECKING WITH MY DAUGHTER | 100.00 | 100.00 | | 0.00 | FA |
| 13. SAVINGS ACCOUNT WITH DAUGHTER | 300.00 | 300.00 | | 0.00 | FA |
| 14. MISC FURNITURE FURNISHINGS AND ELECTRONICS | 800.00 | 800.00 | | 0.00 | FA |
| 15. CLOTHING | 300.00 | 300.00 | | 0.00 | FA |
| 16. FOX AND RACOON COATS | 300.00 | 300.00 | | 0.00 | FA |
| 17. WEDDING RING | 500.00 | 500.00 | | 0.00 | FA |
| 18. TERM LIFE POLICY | 1.00 | 1.00 | | 0.00 | FA |
| 19. 100% D.J. AUTO BROKER'S INC. THERE HAS BEEN NO AC | 1.00 | 1.00 | | 0.00 | FA |
| 20. 100% OF THE STOCK IN BUILTRITE CORPORATION. IT IS | 1.00 | 1.00 | | 0.00 | FA |
| 21. 38% OF THE STOCK IN ELMHURST AUTOPLEX, INC. THE B | 1.00 | 1.00 | | 0.00 | FA |
| 22. 2009 INCOME TAX REFUND; NOT PREPARED AND GUESS AT | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 23. 2005 FORD F-350 | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 24. OFFICE EQUIPMENT AND COMPUTER EQUIPMENT | 500.00 | 500.00 | | 0.00 | FA |
| 25. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 4.20 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 09-45896 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | DE SIMONE, CANDICE MARIE | | | Date Filed (f) or Converted (c): | 12/03/09 (f) |
| | DE SIMONE, JOHN VITO | | | 341(a) Meeting Date: | 01/14/10 |
| | | | | Claims Bar Date: | 10/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. 1120 W. ELMHURST RD. ELK GROVE IL. (u) | 150,000.00 | 0.00 | | 0.00 | FA |
| 27. EMPTY LOTS (u) | 110,000.00 | 0.00 | | 0.00 | FA |
| Husband has a contract with her owner of these lots to buy them for approximateky 200,000. The amount changes with tme. Husband deposited 110,000 on the contract Husband is not in default. | | | | | |
| 28. ADV SETT Trustee v. BOSCO (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 29. ADV SETT Trustee v. DE SIMONE (u) | 0.00 | 12,000.00 | | 12,000.00 | FA |
| settlement payments over time | | | | | |
| 30. trustee v. Williams and Forte adversary (u) | 0.00 | 0.00 | | 0.00 | FA |
| no recovery | | | | | |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $2,931,104.00 | $473,604.00 | | $446,204.20 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-additional 341 examination performed on 6/23/10

-issues with Debtor's schedules

-marketed and contracted for sale of 1305 E. Palatine RE, delayed by litigation with tenants

-RE sold

-Settlement of APs pending

ready for TFR as soon as payments from D have been completed (summer 2014)

TFR IN PROCESS

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 09-45896    PSH    Judge: PAMELA S. HOLLIS | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | DE SIMONE, CANDICE MARIE | Date Filed (f) or Converted (c): 12/03/09 (f) |
| | DE SIMONE, JOHN VITO | 341(a) Meeting Date: 01/14/10 |
| | | Claims Bar Date: 10/18/10 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-45896 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DE SIMONE, CANDICE MARIE | Bank Name: | ASSOCIATED BANK |
| | DE SIMONE, JOHN VITO | Account Number / CD #: | *******8496 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5407 | | |
| For Period Ending: | 02/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/15/13 | 25 | John V De Simone<br>Candice M. Des Simone<br>4620 Tall Trees Ct<br>Palatine, IL 60067 | SETTLEMENT 1st PAYMENT | 1110-000 | 1,000.00 | | 1,000.00 |
| 05/15/13 | 25 | GUZALDO LAW OFFICE | SETTLEMENT 1ST PAYMENT | 1110-000 | 1,000.00 | | 2,000.00 |
| 05/23/13 | 25 | JOHN DESIMONE<br>CANDICE M DESIMONE<br>4620 TALL TREES CT<br>PALATINE, IL 60067 | SETTLEMENT 2ND PAYMENT | 1110-000 | 1,000.00 | | 3,000.00 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,990.00 |
| 07/03/13 | 25 | GUZALDO LAW OFFICE<br>6650 N NORTHWEST HIGHWAY<br>CHICAGO IL 60631 | SETTLEMENT 2ND PAYMENT | 1110-000 | 1,000.00 | | 3,990.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,980.00 |
| 07/15/13 | 25 | JOHN V. AND CANDICE DESIMONE<br>4620 TALL TRESS CT<br>PALATINE, IL 60067 | SETTLEMENT 3-4 PAYMENTS | 1110-000 | 2,000.00 | | 5,980.00 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,970.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,960.00 |
| 09/26/13 | 25 | JOHN V. DESIMONE<br>CANDICE M. DESIMONE<br>4620 TALL TRESS CT<br>PALATINE, IL 60067 | SETTLEMENT PAYMENT # 5 & 6 | 1110-000 | 2,000.00 | | 7,960.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,950.00 |
| 10/10/13 | 25 | GUZALDO LAW OFFICES<br>6650 N NORTHWEST HIGHWAY<br>CHICAGO IL 60631 | SETTLEMENT 3RD AND LAST PAYMENT | 1110-000 | 1,000.00 | | 8,950.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.87 | 8,937.13 |

Page Subtotals   9,000.00   62.87

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Ver: 18.04

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 09-45896 -PSH |
| Case Name: | DE SIMONE, CANDICE MARIE |
| | DE SIMONE, JOHN VITO |
| Taxpayer ID No: | *******5407 |
| For Period Ending: | 02/26/15 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8496 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.86 | 8,924.27 |
| 01/08/14 | 25 | CHASE Cashier's check | Payment 7 and 8 | 1110-000 | 2,000.00 | | 10,924.27 |
| | | John V Desimone | | | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.27 | 10,911.00 |
| 01/09/14 | 010001 | MAXWELL LAW GROUP, LLC | ATTY FOR TRUSTEE EXP (TR. FIRM) | 3110-000 | | 10,911.00 | 0.00 |
| | | 105 WEST ADAMS | Partial Payment for Trustee's Attorney Comp. | | | | |
| | | SUITE 3200 | Order signed 4/26/2012 | | | | |
| | | CHICAGO, IL 60603 | | | | | |
| 04/07/14 | 25 | JOHN DESIMONE | PAYMENT 9 + 10 | 1110-000 | 2,000.00 | | 2,000.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,990.00 |
| 05/23/14 | 25 | Candice and John De Simone | Payment 11 and 12 | 1110-000 | 2,000.00 | | 3,990.00 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,980.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,970.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 15,000.00 | 11,030.00 | 3,970.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 15,000.00 | 11,030.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 15,000.00 | 11,030.00 | |

Page Subtotals        6,000.00        10,967.13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 09-45896 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DE SIMONE, CANDICE MARIE | | Bank Name: | Bank of America, N.A. |
| | DE SIMONE, JOHN VITO | | Account Number / CD #: | *******8722 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5407 | | | |
| For Period Ending: | 02/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/27/10 | 2 | LATOYA WILLIAMS<br>1305 E. PALATINE RD<br>PALATINE, IL 60074 | MAY RENT - 1305 E. PALATINE | 1122-000 | 2,600.00 | | 2,600.00 |
| 06/30/10 | 25 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,600.06 |
| 07/30/10 | 25 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,600.12 |
| 08/31/10 | 25 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,600.19 |
| 08/31/10 | 000101 | FRANK LEMOND<br>1525 N. ELSTON<br>APT 2<br>CHICAGO, IL 60642 | 5-DAY NOTICE OF EVICTION | 2690-000 | | 70.00 | 2,530.19 |
| 09/30/10 | 25 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,530.25 |
| 10/12/10 | 2 | LATOYA WILLIAMS | RENT 7/10 | 1122-000 | 2,600.00 | | 5,130.25 |
| 10/29/10 | 25 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 5,130.34 |
| 11/30/10 | 25 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,130.47 |
| 12/31/10 | 25 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,130.60 |
| 01/31/11 | 25 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,130.73 |
| 02/10/11 | 000102 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS<br>Bond# 016026455 | 2300-000 | | 8.53 | 5,122.20 |
| 02/28/11 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,122.24 |
| 03/31/11 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,122.28 |
| 04/29/11 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,122.32 |
| 05/23/11 | | Greater Illinois Title<br>120 N. LaSalle, Suite 900<br>Chicago, IL | RCPTS - LIQUID. OF REAL PROPERTY | | 37,318.15 | | 42,440.47 |
| | 2 | GREATER ILLINOIS TITLE CO | Memo Amount: 426,000.00<br>SALE OF 1305 E PALATINE | 1110-000 | | | |

Page Subtotals 42,519.00 78.53

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 09-45896 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DE SIMONE, CANDICE MARIE | | Bank Name: | Bank of America, N.A. |
| | DE SIMONE, JOHN VITO | | Account Number / CD #: | *******8722 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5407 | | | |
| For Period Ending: | 02/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | GIT | Memo Amount: ( 43,964.09 ) | 2500-000 | | | |
| | | | Total reductions amt due Seller | | | | |
| | | | Settlement charges to Seller 24,838.02 | | | | |
| | | | Offset Seller Paid owners title 1,822.00 | | | | |
| | | | Closing Cost credit 4,750.93 | | | | |
| | | | Deposit applied to Broker's comminsion 10,000 | | | | |
| | | | County Taxes 07/01/10 to 12/31/10 1,392.04 | | | | |
| | | | County Taxes 01/01/11 to 5/17/11 1,161.10 | | | | |
| | | FIRSTMERIT BANK N.A. | Memo Amount: ( 343,832.32 ) | 4210-000 | | | |
| | | | WIRE TRANSFER-SALE PROCEEDS | | | | |
| | | GIT | Memo Amount: ( 885.44 ) | 2500-000 | | | |
| | | | Additional Charges | | | | |
| 05/31/11 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 42,440.58 |
| 06/30/11 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 42,440.93 |
| 07/29/11 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 42,441.29 |
| 08/01/11 | 000103 | Russel G. Winick & Associates, P.C. | ATTY FOR TR - FEES (OTHER FIRM) | 3210-000 | | 4,605.74 | 37,835.55 |
| | | 1220 Iroquois Ave., Suite 100 | | | | | |
| | | Naperville, IL 60563 | | | | | |
| 08/31/11 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 37,835.88 |
| 09/30/11 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 37,836.19 |
| 10/31/11 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,836.51 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 48.20 | 37,788.31 |
| 11/30/11 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 37,788.62 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.59 | 37,742.03 |
| 12/30/11 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,742.35 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.53 | 37,695.82 |
| 01/31/12 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,696.14 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 49.44 | 37,646.70 |
| 02/29/12 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 37,647.00 |

Page Subtotals   3.03   4,796.50

FORM 2

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-45896 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DE SIMONE, CANDICE MARIE | Bank Name: | Bank of America, N.A. |
| | DE SIMONE, JOHN VITO | Account Number / CD #: | *******8722 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5407 | | |
| For Period Ending: | 02/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 44.74 | 37,602.26 |
| 03/26/12 | 000104 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 31.45 | 37,570.81 |
| 03/30/12 | 25 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,571.13 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.23 | 37,524.90 |
| 04/26/12 | 000105 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM) interim attorney fees | 3110-000 | | 37,524.90 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 426,000.00 | COLUMN TOTALS | 42,522.35 | 42,522.35 | 0.00 |
| Memo Allocation Disbursements: | 388,681.85 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 42,522.35 | 42,522.35 | |
| Memo Allocation Net: | 37,318.15 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 42,522.35 | 42,522.35 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 426,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 388,681.85 | Checking Account (Non-Interest Earn - ********8496 | 15,000.00 | 11,030.00 | 3,970.00 |
| | | Money Market - Interest Bearing - ********8722 | 42,522.35 | 42,522.35 | 0.00 |
| Total Memo Allocation Net: | 37,318.15 | | ---------------------- | ---------------------- | ---------------------- |
| | | | 57,522.35 | 53,552.35 | 3,970.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.32   37,647.32

FORM 2

Page: 6

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-45896 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DE SIMONE, CANDICE MARIE | | Bank Name: | Bank of America, N.A. |
| | DE SIMONE, JOHN VITO | | Account Number / CD #: | *******8722  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5407 | | | |
| For Period Ending: | 02/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 26, 2015 |
|---|---|---|---|---|---|---|

Case Number: 09-45896  
Debtor Name: DE SIMONE, CANDICE MARIE  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $1,460.86 | $0.00 | $1,460.86 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $97,998.50 | $48,435.90 | $49,562.60 |
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $25,560.21 | $0.00 | $25,560.21 |
| 001<br>2700-00 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | Administrative | | $293.00 | $0.00 | $293.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $8.53 | $8.53 | $0.00 |
| 000001<br>070<br>7100-00 | Thompson Coburn, LLP<br>c/o Mark V. Bossi, Esq.<br>One US Bank Plaza<br>St. Louis, MO 63101 | Unsecured | | $14,575.35 | $0.00 | $14,575.35 |
| 000002<br>070<br>7100-00 | Fifth Third Bank<br>c/o Jerry L. Switzer, Jr.<br>Polsinelli Shughart, P.C.<br>161 N. Clark Street, Suite 4200<br>Chicago, IL 60601 | Unsecured | | $815,075.68 | $0.00 | $815,075.68 |
| 000003<br>070<br>7100-00 | NORDSTROM fsb<br>POB 6566<br>ENGLEWOOD CO 80155 | Unsecured | | $1,441.89 | $0.00 | $1,441.89 |
| 000004<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $7,745.88 | $0.00 | $7,745.88 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $14,564.96 | $0.00 | $14,564.96 |
| 000006<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $12,843.66 | $0.00 | $12,843.66 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: February 26, 2015 |

Case Number:  09-45896  
Debtor Name:  DE SIMONE, CANDICE MARIE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | $1,523.69 | $0.00 | $1,523.69 |
| 000008 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | $1,126.87 | $0.00 | $1,126.87 |
| 000009 070 7100-00 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 248839 Oklahoma City, OK 73124-8839 | Unsecured | | $9,304.60 | $0.00 | $9,304.60 |
| 000010 070 7100-00 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 248839 Oklahoma City, OK 73124-8839 | Unsecured | | $14,184.33 | $0.00 | $14,184.33 |
| 000011 070 7100-00 | FirstMerit Bank, N.A. 236 W. Lake Street Bloomingdale, Illinois 60108 | Unsecured | | $402,162.93 | $0.00 | $402,162.93 |
| 000012 070 7100-00 | JPMORGAN CHASE AZ1-1004 201 N. CENTRAL AVE PHOENIX, AZ 85007 | Unsecured | | $50,443.21 | $0.00 | $50,443.21 |
| 000013 070 7100-00 | State Farm Bank, FSB Attn: BCC Bankruptcy P.O. Box 2328 Bloomington, IL 61702-2328 | Unsecured | | $21,745.91 | $0.00 | $21,745.91 |
| 000014 070 7100-00 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured | | $66.50 | $0.00 | $66.50 |
| 000015 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $5,771.01 | $0.00 | $5,771.01 |
| 000016 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $6,881.46 | $0.00 | $6,881.46 |
| 000017 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $14,579.91 | $0.00 | $14,579.91 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: February 26, 2015 |

Case Number:   09-45896
Debtor Name:   DE SIMONE, CANDICE MARIE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000018 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $10,969.38 | $0.00 | $10,969.38 |
| 000019 070 7100-00 | Precision Rcvy Analytics c/o B-Line, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $3,024.79 | $0.00 | $3,024.79 |
| 000020 070 7100-00 | Riffner Barber Rowden Scott, LLC F/K/A Riffner Barber Rowden Scott,LLC 1834 Walden Office Square Suite 500 Schaumburg, IL 60173 | Unsecured | | $16,463.90 | $0.00 | $16,463.90 |
| 000021 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $26,265.90 | $0.00 | $26,265.90 |
| 000022 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $27,752.30 | $0.00 | $27,752.30 |
| 000023 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $47,425.01 | $0.00 | $47,425.01 |
| 000024 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $3,565.44 | $0.00 | $3,565.44 |
| 000025 070 7100-00 | BankFinancial, FSB c/o Christopher Keating, VP 15W060 N. Frontage Road Burr Ridge, IL 60527 | Unsecured | | $286,746.11 | $0.00 | $286,746.11 |
| 000026 070 7100-00 | Robert J. Bosco Joseph A Baldi 19 S LaSalle St Suite 1500 Chicago IL 60603 | Unsecured | | $248,926.29 | $0.00 | $248,926.29 |
| 000027 080 7200-00 | US DEPT OF EDUCATION DIRECT LOAN SVCG PO BOX 5609 GREENVILLE, TX 75403-5609 | Unsecured | | $1,438.89 | $0.00 | $1,438.89 |
| 000028 070 7100-00 | Itasca Bank & Trust Co. c/o Joseph R. Santeler Chuhak & Tecson, P.C. 30 S. Wacker Dr., Ste. 2600 | Unsecured | | $466,749.42 | $0.00 | $466,749.42 |

| Page 4 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: February 26, 2015 |
|---|---|---|---|---|---|---|---|
| Case Number: | 09-45896 | | Claim Class Sequence | | | | |
| Debtor Name: | DE SIMONE, CANDICE MARIE | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Chicago, IL 60606 | | | | | |
| | Case Totals: | | | $2,658,686.37 | $48,444.43 | $2,610,241.94 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-45896
Case Name: DE SIMONE, CANDICE MARIE
           DE SIMONE, JOHN VITO
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Charges: CLERK OF US BANKRUPTCY COURT | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Thompson Coburn, LLP | $ | $ | $ |
| 000002 | Fifth Third Bank | $ | $ | $ |
| 000003 | NORDSTROM fsb | $ | $ | $ |
| 000004 | Discover Bank | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ | $ |
| 000006 | Chase Bank USA, N.A. | $ | $ | $ |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000008 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000009 | Capital One Bank (USA), N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000011 | FirstMerit Bank, N.A. | $ | $ | $ |
| 000012 | JPMORGAN CHASE AZ1-1004 | $ | $ | $ |
| 000013 | State Farm Bank, FSB | $ | $ | $ |
| 000014 | Midland Funding LLC | $ | $ | $ |
| 000015 | American Express Bank, FSB | $ | $ | $ |
| 000016 | American Express Bank, FSB | $ | $ | $ |
| 000017 | American Express Bank, FSB | $ | $ | $ |
| 000018 | American Express Centurion Bank | $ | $ | $ |
| 000019 | Precision Rcvy Analytics | $ | $ | $ |
| 000020 | Riffner Barber Rowden Scott, LLC | $ | $ | $ |
| 000021 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 000022 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 000023 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 000024 | American Express Centurion Bank | $ | $ | $ |
| 000025 | BankFinancial, FSB | $ | $ | $ |
| 000026 | Robert J. Bosco | $ | $ | $ |
| 000028 | Itasca Bank & Trust Co. | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

  Remaining Balance                     $_____

  Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

  Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | US DEPT OF EDUCATION | $ | $ | $ |

  Total to be paid to tardy general unsecured creditors      $_____

  Remaining Balance                     $_____

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE