UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DE SIMONE, CANDICE MARIE § Case No. 09-45896
DE SIMONE, JOHN VITO §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    CLERK OF COURT
                    UNITED STATES BANKRUPTCY CT.
                    219 S. DEARBORN STREET
                    CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/30/2015 in Courtroom ,
                    United States Courthouse
                    219 S. Dearborn Street
                    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/09/2015           By: /s/ Andrew J. Maxwell
                                              Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DE SIMONE, CANDICE MARIE § Case No. 09-45896
DE SIMONE, JOHN VITO §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 446,204.20 |
| and approved disbursements of | $ | 442,238.00 |
| leaving a balance on hand of[1] | $ | 3,966.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 25,560.21 | $ 0.00 | $ 3,711.53 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 97,998.50 | $ 48,435.90 | $ 0.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 1,460.86 | $ 0.00 | $ 212.13 |
| Charges: CLERK OF US BANKRUPTCY COURT | $ 293.00 | $ 0.00 | $ 42.54 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 12.33 | $ 12.33 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,966.20 |
| Remaining Balance | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,531,926.38 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Thompson Coburn, LLP | $ 14,575.35 | $ 0.00 | $ 0.00 |
| 000002 | Fifth Third Bank | $ 815,075.68 | $ 0.00 | $ 0.00 |
| 000003 | NORDSTROM fsb | $ 1,441.89 | $ 0.00 | $ 0.00 |
| 000004 | Discover Bank | $ 7,745.88 | $ 0.00 | $ 0.00 |
| 000005 | Chase Bank USA, N.A. | $ 14,564.96 | $ 0.00 | $ 0.00 |
| 000006 | Chase Bank USA, N.A. | $ 12,843.66 | $ 0.00 | $ 0.00 |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ 1,523.69 | $ 0.00 | $ 0.00 |
| 000008 | PYOD LLC its successors and assigns as assignee of | $ 1,126.87 | $ 0.00 | $ 0.00 |
| 000009 | Capital One Bank (USA), N.A. | $ 9,304.60 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Capital One Bank (USA), N.A. | $ 14,184.33 | $ 0.00 | $ 0.00 |
| 000011 | FirstMerit Bank, N.A. | $ 402,162.93 | $ 0.00 | $ 0.00 |
| 000012 | JPMORGAN CHASE AZ1-1004 | $ 50,443.21 | $ 0.00 | $ 0.00 |
| 000013 | State Farm Bank, FSB | $ 21,745.91 | $ 0.00 | $ 0.00 |
| 000014 | Midland Funding LLC | $ 66.50 | $ 0.00 | $ 0.00 |
| 000015 | American Express Bank, FSB | $ 5,771.01 | $ 0.00 | $ 0.00 |
| 000016 | American Express Bank, FSB | $ 6,881.46 | $ 0.00 | $ 0.00 |
| 000017 | American Express Bank, FSB | $ 14,579.91 | $ 0.00 | $ 0.00 |
| 000018 | American Express Centurion Bank | $ 10,969.38 | $ 0.00 | $ 0.00 |
| 000019 | Precision Rcvy Analytics | $ 3,024.79 | $ 0.00 | $ 0.00 |
| 000020 | Riffner Barber Rowden Scott, LLC | $ 16,463.90 | $ 0.00 | $ 0.00 |
| 000021 | Fia Card Services, NA/Bank of America | $ 26,265.90 | $ 0.00 | $ 0.00 |
| 000022 | Fia Card Services, NA/Bank of America | $ 27,752.30 | $ 0.00 | $ 0.00 |
| 000023 | Fia Card Services, NA/Bank of America | $ 47,425.01 | $ 0.00 | $ 0.00 |
| 000024 | American Express Centurion Bank | $ 3,565.44 | $ 0.00 | $ 0.00 |
| 000025 | BankFinancial, FSB | $ 286,746.11 | $ 0.00 | $ 0.00 |
| 000026 | Robert J. Bosco | $ 248,926.29 | $ 0.00 | $ 0.00 |
| 000028 | Itasca Bank & Trust Co. | $ 466,749.42 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $            0.00

Remaining Balance        $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,438.89 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | US DEPT OF EDUCATION | $ 1,438.89 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
                                                    Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 09-45896-PSH
Candice Marie De Simone                                                 Chapter 7
John Vito De Simone
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-1           User: gbeemster              Page 1 of 4                   Date Rcvd: Apr 10, 2015
                               Form ID: pdf006              Total Noticed: 86


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2015.
db/jdb         +Candice Marie De Simone,    John Vito De Simone,    4620 Tall Trees Court,
                 Palatine, IL 60067-7542
aty            +Russel G Winick,    Russel G Winick & Assoc PC,    1220 Iroquois,    Suite 100,
                 Naperville, IL 60563-8581
14805690       +American Express,    PO Box 981537,    El Paso TX 79998-1537
14805691        American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
14805689       +American Express,    c/o Zalutsky & Pinski, Ltd.,    20 N. Clark St., Suite 600,
                 Chicago, IL 60602-4111
16236733        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16246230        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
14805696       +Bank of America,    P.O. Box 15027,    Wilmington, DE 19850
14805694        Bank of America,    Po Box 15710,    Wilmington, DE 19886-5710
14805695        Bank of America,    c/o Zwicker & Associates, P.C.,    PO Box 101145,
                 Birmingham, AL 35210-6145
14805697        Bank of America,    c/o Ernest J. Codilis,    15 W030 N Frontage Rd,    Burr Ridge, IL 60527
14805698       +Bank of America,    c/o Pierce & Associates,    1 N. Dearborn #1300,    Chicago, IL 60602-4321
14805699       +BankFinancial,    Loan Processing Center,    15W060 N Frontage Rd.,    Burr Ridge, IL 60527-6928
16285870        BankFinancial FSB,    c/o Christopher Keating, VP,    15060 N. Frontage Road,
                 Burr Ridge, IL 60527
16285840       +BankFinancial, FSB,    c/o Christopher Keating, VP,    15W060 N. Frontage Road,
                 Burr Ridge, IL 60527-6928
14805700       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    P.O. Box 5155,    Norcross, GA 30091)
14805751       ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                 (address filed with court: WaMu Business Card,    PO Box 660433,    Dallas TX 75266-0433)
20311508        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
14805702        Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
14805703        Chase,   P.O. Box 9001020,    Louisville, KY 40290-1020
14805701        Chase,   P.O. Box 9001871,    Louisville, KY 40290-1871
14805705       +Chase,   PO Box 24696,    Columbus OH 43224-0696
14805706       +Chase,   c/o Portfolio Recovery,    120 Corporate Blvd,    Norfolk VA 23502-4962
15937097        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14805707        Chase Home Finanace, LLC,    PO Box 509011,    San Diego CA 92150-9011
14805708        Chase Home Mortgage,    P.O. Box 78420,    Phoenix AZ 85062-8420
14805710       +Citibank,    c/o Blatt, Hasenmiller, Leibsker & Moore,    125 S. Wacker Dr Suite 400,
                 Chicago IL 60606-4440
14805711       +Citizens Bank & Trust,    5700 N. Central Ave,    Chicago IL 60646-6410
14805712       +Condilis,    15W030 N. Frontage Rd.,,    Burr Ridge IL 60527-6921
14805713       +Condilis,    15W030 N. Frontage Road,    Burr Ridge IL 60527-6921
14805714        Direct Loan Service System,    PO Box 5609,    Greenville TX 75403-5609
14805715        Direct Loans,    US Department of Education,    Direct Loan Servicing Center,    PO Box 5609,
                 Greenville TX 75403-5609
14805717        Ernest J. Codilis Jr,    15 W030 N Frontage Rd,    Burr Ridge IL 60527
15673625       +Fifth Third Bank,    c/o Jerry L. Switzer, Jr.,    Polsinelli Shughart, P.C.,
                 161 N. Clark Street, Suite 4200,    Chicago, IL 60601-3316
16016878       +FirstMerit Bank, N.A.,    236 W. Lake Street,    Bloomingdale, Illinois 60108-1050
14805720       +George Andreanopolis,    78 E. Wilmette Ave,    Palatine IL 60067-7218
14805721        Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50364-9100
14805722       +Home Loan Services,    150 Allegheny Center,    Pittsburgh, PA 15212-5335
14805723        Itasca Bank & Trust,    308 W Irving Park Rd,    Itasca IL 60143-2193
16309739       +Itasca Bank & Trust Co.,    c/o Joseph R. Santeler,    Chuhak & Tecson, P.C.,
                 30 S. Wacker Dr., Ste. 2600,    Chicago, IL 60606-7512
14805726       +JC Penney,    c/o Allied Interstate,    3000 Corporate Exchange Dr 5th Flr,
                 Columbus, OH 43231-7723
16020656       +JPMORGAN CHASE AZ1-1004,    201 N. CENTRAL AVE,    PHOENIX, AZ 85004-0905
14805728        JPMorgan Chase Bank NA,    c/o Ernest J Codilis Jr,    15 W030 N Frontage Rd,
                 Burr Ridge, IL 60527
14805724       +Jacobs & Newmark, P.C.,    100 Lexington Dr Suite 250,    Buffalo Grove, IL 60089-6937
14805725       +James McNamara,    287 Deertrail Court #C,    Lake Barrington IL 60010-1791
14805729       +Luis Trucking,    1346 Hannah,    Forest Park IL 60130-2904
14805730        Macy's,    P.O. Box 689195,    Des Moines, IA 50368-9195
14805731       +Marshall & Ilsley Bank,    770 N. Water St,    Milwaukee WI 53202-0002
14805732        Menards,    c/o HSBC Business Solutions,    Carol Stream, IL 60197-5219
14805733       +Midwest Bank,    1606 N. Harlem Ave.,    Elmwood Park IL 60707-4396
14805736       +Riffner Barber Rowden Scott, LLC,    F/K/A Riffner Barber Rowden Scott,LLC,
                 1834 Walden Office Square Suite 500,    Schaumburg, IL 60173-4298
14805737       +Robert J. Bosco,    Joseph A Baldi,    19 S LaSalle St Suite 1500,    Chicago IL 60603-1413
14805738       +Rush University Medical Ctr,    1700 W. Van Buren St.,    Suite 161 TOB,   Chicago, IL 60612-3228
14805739       #+Ruth Simmon,    57 E Illinois,    Palatine IL 60067-7126
14805740       +Safe-Guard Basement Technologies,    400 Domenic Ct.,    Franklin Park, IL 60131-1004
14805742        Sears,    P.O. Box 183081,    Columbus, OH 43218-3081
```

```
District/off: 0752-1           User: gbeemster            Page 2 of 4                  Date Rcvd: Apr 10, 2015
                               Form ID: pdf006            Total Noticed: 86

14805741        +Sears,    701 E. 60th St N,    PO Box 6241,    Sioux Falls SD 57117-6241
14805743         Sears Gold Mastercard,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
14805744         State Farm Bank,    1 State Farm Plaza,    Bloomington IL 61710-0001
16093795         State Farm Bank, FSB,    Attn: BCC Bankruptcy,    P.O. Box 2328,    Bloomington, IL 61702-2328
14805745        +Taylor Bean & Whitaker,    1417 N. Magnolia Ave.,    Ocala FL 34475-9078
14805746         Taylor Bean Whitaker Mortgage,    c/o Ernest J. Codilis Jr,    15 W030 N Frontage Rd,
                  Burr Ridge, IL 60527
14805747        +Thomas & Vivian Billups,    Terry W. Huebner,    19 N. Grant St,    Hinsdale IL 60521-3363
14805748        +Thompson Coburn Fagel Haber,    55 E Monroe St., 37th Floor,    Chicago, IL 60603-6029
15003994        +Thompson Coburn, LLP,    c/o Mark V. Bossi, Esq.,    One US Bank Plaza,
                  St. Louis, MO 63101-1693
14805749        +US Bank National,    c/o Pierce & Associates,    1 N. Dearborn #1300,    Chicago IL 60602-4321
16294475         US DEPT OF EDUCATION,    DIRECT LOAN SVCG,    PO BOX 5609,    GREENVILLE, TX 75403-5609
14805750        +Village of Palatine,    200 E Wood ST,    Palatine IL 60067-5339
14805752         Washington Mutual,    PO Box 78065,    Phoenix AZ 85062-8065
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14805688        +E-mail/Text: DepositServices@americanchartered.com Apr 11 2015 00:37:09
                  American Chartered Bank,    1199 E. Higgins Rd.,    Schaumburg, IL 60173-4711
15994065         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2015 00:46:10
                  Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
                  Oklahoma City, OK 73124-8839
14805704         E-mail/Text: bknotice@erccollections.com Apr 11 2015 00:36:22      Chase,
                  c/o Enhanced Recovery Corp.,    8014 Bayberry Rd,    Jacksonville FL 32256-7412
14805709        +E-mail/Text: roy.buchholz@allianceoneinc.com Apr 11 2015 00:35:26      Citibank,
                  c/o Alliance One Receivables Mgmt,    4850 Street Rd., Suite 300,    Trevose, PA 19053-6643
14805716         E-mail/PDF: mrdiscen@discover.com Apr 11 2015 00:46:10      Discover,    P.O. Box 30943,
                  Salt Lake City, UT 84130
15875364         E-mail/PDF: mrdiscen@discover.com Apr 11 2015 00:46:10      Discover Bank,    Dfs Services LLC,
                  PO Box 3025,    New Albany, OH 43054-3025
16283669         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2015 00:46:10
                  Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,
                  PO Box 248809,    Oklahoma City, OK 73124-8809
16097699         E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2015 00:40:39      GE Money Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14805719        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 11 2015 00:36:13      GE MoneyBank,
                  c/o Midland Credit Management,    8875 Aero Dr Suite 2,    San Diego CA 92123-2255
14805727        +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2015 00:40:10      JC Penney,    PO Box 981402,
                  El Paso TX 79998-1402
19929342         E-mail/PDF: rmscedi@recoverycorp.com Apr 11 2015 00:40:13      Midland Funding LLC,
                  By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
14805734        +E-mail/Text: mtasch@momlaw.com Apr 11 2015 00:36:32      Midwest Bank Trust Company,
                  c/o Lebow Malecki Tasch LLC,    903 Commerce #160,    Oak Brook, IL 60523-8830
15868946        +E-mail/Text: bnc@nordstrom.com Apr 11 2015 00:35:37      NORDSTROM fsb,    POB 6566,
                  ENGLEWOOD CO 80155-6566
14805735         E-mail/Text: bnc@nordstrom.com Apr 11 2015 00:35:38      Nordstrom,    P.O. Box 79134,
                  Phoenix, AZ 85062-9134
15968150        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2015 00:40:41
                  PYOD LLC its successors and assigns as assignee of,    Citibank,
                  c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16270904         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2015 00:40:29
                  Precision Rcvy Analytics,    c/o B-Line, LLC,    MS 550,    PO Box 91121,
                  Seattle, WA 98111-9221
19929343         E-mail/PDF: rmscedi@recoverycorp.com Apr 11 2015 00:40:40
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                                TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14805692*         American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
16244159*         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16244160*         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16285595*         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20311509*         Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                  Charlotte, NC 28272-1083
14805693         ##Bank of America,    P.O.Box 15026,    Wilmington, DE 19850-5026
14805718         ##+First Franklin Loan Services,    PO Box 1838,    Pittsburgh PA 15230-1838
15626309         ##+Latoya Williams,    1305 E Palatine Rd,    Palatine, IL 60074-5778
                                                                                  TOTALS: 0, * 5, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: gbeemster           Page 3 of 4             Date Rcvd: Apr 10, 2015
                              Form ID: pdf006           Total Noticed: 86
```

             ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2015 at the address(es) listed below:

```
          Andrew J Maxwell    on behalf of Plaintiff Andrew J. Maxwell, Chapter 7 Trustee
           maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          August A Pilati    on behalf of Creditor   Midwest Bank And Trust Company apilati@aapltdlaw.com,
           pmitchell@aapltdlaw.com;kfedinets@aapltdlaw.com
          Christopher M Brown    on behalf of Creditor    Chase Home Finance LLC
           northerndistrict@atty-pierce.com,    cbrown@atty-pierce.com
          Christopher S. Fowler    on behalf of Creditor    BankFinancial FSB cfowler@crowleylamb.com,
           docket@crowleylamb.com;ibenavides@crowleylamb.com
          Daniel K Robin    on behalf of Joint Debtor John Vito De Simone danatlaw@aol.com
          Daniel K Robin    on behalf of Defendant John Vito De Simone danatlaw@aol.com
          Daniel K Robin    on behalf of Defendant Candice Marie De Simone danatlaw@aol.com
          Daniel K Robin    on behalf of Debtor Candice Marie De Simone danatlaw@aol.com
          Francis J. Pendergast, III    on behalf of Creditor    BankFinancial FSB
           fpendergast@crowleylamb.com,   ibenavides@crowleylamb.com;docket@crowleylamb.com
          Francisco  Connell    on behalf of Creditor    Itasca Bank & Trust Co fconnell@chuhak.com,
           hcummins@chuhak.com
          Gloria C  Tsotsos    on behalf of Creditor    American Home Mortgage Servicing, Inc.
           nd-two@il.cslegal.com
          Jaclyn H. Smith    on behalf of Plaintiff Andrew J. Maxwell, Chapter 7 Trustee
           smith.jaclyn.h@gmail.com,   preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,
           maseay@maxwellandpotts.com,naelipas@maxwellandpotts.com
          Jaclyn H. Smith    on behalf of Plaintiff Andrew J Maxwell smith.jaclyn.h@gmail.com,
           preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
           naelipas@maxwellandpotts.com
          Joel P Fonferko    on behalf of Creditor    JPMorgan Chase Bank, National Association
           ND-One@il.cslegal.com
          Joseph A Baldi    on behalf of Defendant Denise  Bosco jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Defendant Robert J. Bosco jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Katherine L Haennicke    on behalf of Creditor    Itasca Bank & Trust Co khaennicke@tresslerllp.com,
           tresslerdocket@tresslerllp.com
          Kenneth A Fedinets    on behalf of Creditor    FirstMerit Bank, N.A. kfedinets@aapltdlaw.com,
           apilati@aapltdlaw.com;pmitchell@aapltdlaw.com
          Kenneth A Fedinets    on behalf of Creditor    Midwest Bank And Trust Company
           kfedinets@aapltdlaw.com,   apilati@aapltdlaw.com;pmitchell@aapltdlaw.com
          Lydia Y Siu    on behalf of Creditor    Select Portfolio Servicing, Inc. lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Martin D. Tasch    on behalf of Creditor    Midwest Bank And Trust Company mtasch@momlaw.com
          Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
          Nicole A Elipas    on behalf of Plaintiff Andrew J. Maxwell, Chapter 7 Trustee
           naelipas@maxwellandpotts.com,   maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Vikram R Barad    on behalf of Plaintiff Andrew J Maxwell vbarad@maxwellandpotts.com
          Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com
```

```
District/off: 0752-1          User: gbeemster              Page 4 of 4                  Date Rcvd: Apr 10, 2015
                              Form ID: pdf006              Total Noticed: 86
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Vikram R Barad    on behalf of Plaintiff Andrew J. Maxwell, Chapter 7 Trustee
           vbarad@maxwellandpotts.com

                                                                                                  TOTAL: 29