# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: § 

§ 

DE SIMONE, CANDICE MARIE § Case No. 09-45896

DE SIMONE, JOHN VITO §

§

Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| *(Without deducting any secured claims)* | |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Chartered Bank 1199 E. Higgins Rd. Schaumburg, IL  60173 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BankFinancial Loan Processing Center 15W060 N Frontage Rd Burr Ridge, IL 60527 | | | | | |
| | Chase Home Finanace, LLC PO Box 509011 San Diego CA  92150-9011 | | | | | |
| | Chase Home Mortgage P.O. Box 78420 Phoenix  AZ 85062-8420 Condilis 15W030 N. Frontage Road Burr Ridge IL  60527 | | | | | |
| | Chase P.O. Box 9001871 Louisville, KY  40290-1871 Condilis 15W030 N. Frontage Rd., Burr Ridge  IL  60527 | | | | | |
| | Chase PO Box 24696 Columbus OH  43224 | | | | | |
| | Citizens Bank & Trust 5700 N. Central Ave Chicago IL 60646 | | | | | |
| | First Franklin Loan Services PO Box 1838 Pittsburgh PA 15230 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Loan Services 150 Allegheny Center Pittsburgh, PA  15212 | | | | | |
| | Itasca Bank & Trust 308 W Irving Park Rd Itasca IL 60143-2193 | | | | | |
| | Marshall & Ilsley Bank 770 N. Water St Milwaukee WI 53202-3509 | | | | | |
| | Midwest Bank 1606 N. Harlem Ave. Elmwood Park IL  60707 | | | | | |
| | Midwest Bank 1606 N. Harlem Ave. Elmwood Park IL  60707 | | | | | |
| | Robert J. Bosco 1512 Marguerite Park Ridge  IL 60068 | | | | | |
| | Taylor Bean & Whitaker 1417 N. Magnolia Ave. Ocala FL 34475 Ernest J. Codilis Jr 15 W030 N Frontage Rd Burr Ridge IL  60527 | | | | | |
| | FIRSTMERIT BANK N.A. | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| GIT | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| FRANK LEMOND | | | | | |
| CLERK OF US BANKRUPTCY COURT | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| RUSSEL G. WINICK & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | American Express P.O. Box 0001 Los Angeles, CA 90096-8000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | American Express P.O. Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | American Express PO Box 981537 El Paso TX  79998 | | | | | |
| | American Express PO Box 981537 El Paso TX  79998 | | | | | |
| | American Express PO Box 981537 El Paso TX  79998 | | | | | |
| | American Express PO Box 981537 El Paso TX  79998 | | | | | |
| | American Express c/o Zalutsky & Pinski, Ltd. 20 N. Clark St., Suite 600 Chicago, IL  60602 | | | | | |
| | Bank of America P.O. Box 15027 Wilmington, DE 19850-5027 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O.Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America P.O.Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America P.O.Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America P.O.Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America Po Box 15710 Wilmington, DE 19886-5710 | | | | | |
| | Bank of America c/o Ernest J. Codilis 15 W030 N Frontage Rd Burr Ridge, IL  60527 | | | | | |
| | Bank of America c/o Pierce & Associates 1 N. Dearborn #1300 Chicago, IL  60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America c/o Zwicker & Associates, P.C. PO Box 101145 Birmingham, AL 35210-6145 | | | | | |
| | Capital One P.O. Box 5155 Norcross, GA  30091 | | | | | |
| | Capital One P.O. Box 5155 Norcross, GA  30091 | | | | | |
| | Chase P.O. Box 15153 Wilmington, DE  19886-5153 | | | | | |
| | Chase P.O. Box 9001020 Louisville, KY  40290-1020 | | | | | |
| | Chase c/o Enhanced Recovery Corp. 8014 Bayberry Rd Jacksonville FL  32256-7412 | | | | | |
| | Chase c/o Portfolio Recovery 120 Corporate Blvd Norfolk VA  23502 | | | | | |
| | Citibank c/o Alliance One Receivables Mgmt 4850 Street Rd., Suite 300 Trevose, PA 19053 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank c/o Blatt, Hasenmiller, Leibsker & Moore 125 S. Wacker Dr Suite 400 Chicago IL  60606 | | | | | |
| | Direct Loan Service System PO Box 5609 Greenville TX 75403-5609 | | | | | |
| | Direct Loans US Department of Education Direct Loan Servicing Center PO Box 5609 Greenville TX  75403-5609 | | | | | |
| | Discover P.O. Box 30943 Salt Lake City, UT  84130 | | | | | |
| | GE MoneyBank c/o Midland Credit Management 8875 Aero Dr  Suite 2 San Diego CA  92123 | | | | | |
| | George Andreanopolis 78 E. Wilmette Ave Palatine IL 60067 | | | | | |
| | Home Depot Credit Services P.O. Box 689100 Des Moines, IA  50364-9100 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JC Penney PO Box 981402 El Paso TX  79998 | | | | | |
| | JC Penney c/o Allied Interstate 3000 Corporate Exchange Dr 5th Flr Columbus, OH  43231 | | | | | |
| | JPMorgan Chase Bank NA c/o Ernest J Codilis Jr 15 W030 N Frontage Rd Burr Ridge, IL 60527 | | | | | |
| | Jacobs & Newmark, P.C. 100 Lexington Dr  Suite 250 Buffalo Grove, IL  60089 | | | | | |
| | James McNamara 287 Deertrail Court  #C Lake Barrington  IL  60010 | | | | | |
| | Luis Trucking 1346 Hannah Forest Park IL | | | | | |
| | Macy's P.O. Box 689195 Des Moines, IA  50368-9195 | | | | | |
| | Marshall & Ilsley Bank 770 N. Water St Milwaukee WI 53202-3509 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Menards c/o HSBC Business Solutions Carol Stream, IL 60197-5219 | | | | | |
| | Midwest Bank Trust Company c/o Lebow Malecki Tasch LLC 903 Commerce  #160 Oak Brook, IL  60523 | | | | | |
| | Nordstrom P.O. Box 79134 Phoenix, AZ  85062-9134 | | | | | |
| | Rush University Medical Ctr 1700 W. Van Buren St. Suite 161 TOB Chicago, IL  60612-3244 | | | | | |
| | Ruth Simmon 57 E Illinois Palatine IL  60067 | | | | | |
| | Safe-Guard Basement Technologies 400 Domenic Ct. Franklin Park, IL  60131 | | | | | |
| | Sears 701 E. 60th St N PO Box 6241 Sioux Falls SD 57117 | | | | | |
| | Sears Gold Mastercard P.O. Box 6282 Sioux Falls, SD 57117-6282 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears P.O. Box 183081 Columbus, OH 43218-3081 | | | | | |
| | State Farm Bank 1 State Farm Plaza Bloomington IL 61710-0001 | | | | | |
| | Taylor Bean Whitaker Mortgage c/o Ernest J. Codilis Jr 15 W030 N Frontage Rd Burr Ridge, IL 60527 | | | | | |
| | Thomas & Vivian Billups Terry W. Huebner 19 N. Grant St Hinsdale IL 60521 | | | | | |
| | Thompson Coburn Fagel Haber 55 E Monroe St., 37th Floor Chicago, IL 60603 | | | | | |
| | US Bank National c/o Pierce & Associates 1 N. Dearborn #1300 Chicago IL 60602 | | | | | |
| | Village of Palatine 200 E Wood ST Palatine IL 60067 | | | | | |
| | WaMu Business Card PO Box 660433 Dallas TX 75266-0433 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Washington Mutual PO Box 78065 Phoenix AZ 85062-8065 |  |  |  |  |  |
| 000015 | AMERICAN EXPRESS BANK, FSB |  |  |  |  |  |
| 000016 | AMERICAN EXPRESS BANK, FSB |  |  |  |  |  |
| 000017 | AMERICAN EXPRESS BANK, FSB |  |  |  |  |  |
| 000018 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 000024 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 000025 | BANKFINANCIAL, FSB |  |  |  |  |  |
| 000009 | CAPITAL ONE BANK (USA), N.A. |  |  |  |  |  |
| 000010 | CAPITAL ONE BANK (USA), N.A. |  |  |  |  |  |
| 000005 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000006 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000004 | DISCOVER BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000021 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000022 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000023 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002 | FIFTH THIRD BANK | | | | | |
| 000011 | FIRSTMERIT BANK, N.A. | | | | | |
| 000014 | GE MONEY BANK | | | | | |
| 000028 | ITASCA BANK & TRUST CO. | | | | | |
| 000012 | JPMORGAN CHASE AZ1-1004 | | | | | |
| 000003 | NORDSTROM FSB | | | | | |
| 000019 | PRECISION RCVY ANALYTICS | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000020 | RIFFNER BARBER ROWDEN SCOTT, LLC | | | | | |
| 000026 | ROBERT J. BOSCO | | | | | |
| 000013 | STATE FARM BANK, FSB | | | | | |
| 000001 | THOMPSON COBURN, LLP | | | | | |
| 000027 | US DEPT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 09-45896    PSH    Judge: PAMELA S. HOLLIS | |
| Case Name: | DE SIMONE, CANDICE MARIE | |
| | DE SIMONE, JOHN VITO | |
| For Period Ending: | 05/20/15 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/03/09 (f) |
| 341(a) Meeting Date: | 01/14/10 |
| Claims Bar Date: | 10/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1277 N. HICKS, PALATINE  IL | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. 1305 E. PALATINE RD, PALATINE  IL | 450,000.00 | 426,000.00 | | 431,200.00 | FA |
| including rent collections per UST | | | | | |
| 3. 1331 E. PALATINE ROAD, PALATINE IL | 175,000.00 | 0.00 | | 0.00 | FA |
| 4. 2750 W. TOUHY, ELK GROVE VILLAGE  IL | 150,000.00 | 0.00 | | 0.00 | FA |
| 5. 4620 TALL TREES CT., PALATINE IL  60067 | 700,000.00 | 0.00 | | 0.00 | FA |
| 6. 57 E. ILLINOIS, PALATINE IL | 250,000.00 | 0.00 | | 0.00 | FA |
| 7. 627 W. CENTER ROAD, PALATINE  IL | 350,000.00 | 0.00 | | 0.00 | FA |
| 8. 890 BENTON, PALATINE IL | 350,000.00 | 0.00 | | 0.00 | FA |
| 9. CONTRACT TO PURCHASE LOT AT CHRISTMAS MOUNTAIN, TH | 30,000.00 | 16,500.00 | | 0.00 | FA |
| 10. NOMINAL CASH | 100.00 | 100.00 | | 0.00 | FA |
| 11. CHECKING AT VILLAGE BANK AND TRUST | 200.00 | 200.00 | | 0.00 | FA |
| 12. CHECKING WITH MY DAUGHTER | 100.00 | 100.00 | | 0.00 | FA |
| 13. SAVINGS ACCOUNT WITH DAUGHTER | 300.00 | 300.00 | | 0.00 | FA |
| 14. MISC FURNITURE FURNISHINGS AND ELECTRONICS | 800.00 | 800.00 | | 0.00 | FA |
| 15. CLOTHING | 300.00 | 300.00 | | 0.00 | FA |
| 16. FOX AND RACOON COATS | 300.00 | 300.00 | | 0.00 | FA |
| 17. WEDDING RING | 500.00 | 500.00 | | 0.00 | FA |
| 18. TERM LIFE POLICY | 1.00 | 1.00 | | 0.00 | FA |
| 19. 100% D.J. AUTO BROKER'S INC.  THERE HAS BEEN NO AC | 1.00 | 1.00 | | 0.00 | FA |
| 20. 100% OF THE STOCK IN BUILTRITE CORPORATION.  IT IS | 1.00 | 1.00 | | 0.00 | FA |
| 21. 38% OF THE STOCK IN ELMHURST AUTOPLEX, INC.  THE B | 1.00 | 1.00 | | 0.00 | FA |
| 22. 2009 INCOME TAX REFUND; NOT PREPARED AND GUESS AT | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 23. 2005 FORD F-350 | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 24. OFFICE EQUIPMENT AND COMPUTER EQUIPMENT | 500.00 | 500.00 | | 0.00 | FA |
| 25. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 4.20 | FA |

FORM

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 09-45896   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | DE SIMONE, CANDICE MARIE | Date Filed (f) or Converted (c): | 12/03/09 (f) |
| | DE SIMONE, JOHN VITO | 341(a) Meeting Date: | 01/14/10 |
| | | Claims Bar Date: | 10/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. 1120 W. ELMHURST RD. ELK GROVE IL. (u) | 150,000.00 | 0.00 | | 0.00 | FA |
| 27. EMPTY LOTS (u) | 110,000.00 | 0.00 | | 0.00 | FA |
| Husband has a contract with her owner of these lots to buy them for approximateky 200,000. The amount changes with tme. Husband deposited 110,000 on the contract Husband is not in default. | | | | | |
| 28. ADV SETT Trustee v. BOSCO (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 29. ADV SETT Trustee v. DE SIMONE (u) | 0.00 | 12,000.00 | | 12,000.00 | FA |
| settlement payments over time | | | | | |
| 30. trustee v. Williams and Forte adversary (u) | 0.00 | 0.00 | | 0.00 | FA |
| no recovery | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,931,104.00 | $473,604.00 | | $446,204.20 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

this case is administratively insolvent due to the multiple legal matters that arose during the case and that had to be resolved

-additional 341 examination performed on 6/23/10

-issues with Debtor's schedules

-marketed and contracted for sale of 1305 E. Palatine RE, delayed by litigation with tenants

-RE sold

-Settlement of APs concluded

ready for TFR after payments from D have been completed (summer 2014)

TFR SUBMITTED + FILED

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

Ver: 18.04c

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-45896   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | DE SIMONE, CANDICE MARIE | Date Filed (f) or Converted (c): | 12/03/09 (f) |
| | DE SIMONE, JOHN VITO | 341(a) Meeting Date: | 01/14/10 |
| | | Claims Bar Date: | 10/18/10 |

HEARING DATE 4/30/15

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-45896 -PSH | |
| Case Name: | DE SIMONE, CANDICE MARIE | |
| | DE SIMONE, JOHN VITO | |
| Taxpayer ID No: | *******5407 | |
| For Period Ending: | 05/20/15 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8496  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/15/13 | 25 | John V De Simone | SETTLEMENT 1st PAYMENT | 1110-000 | 1,000.00 | | 1,000.00 |
| | | Candice M. Des Simone | | | | | |
| | | 4620 Tall Trees Ct | | | | | |
| | | Palatine, IL 60067 | | | | | |
| 05/15/13 | 25 | GUZALDO LAW OFFICE | SETTLEMENT 1ST PAYMENT | 1110-000 | 1,000.00 | | 2,000.00 |
| 05/23/13 | 25 | JOHN DESIMONE | SETTLEMENT 2ND PAYMENT | 1110-000 | 1,000.00 | | 3,000.00 |
| | | CANDICE M DESIMONE | | | | | |
| | | 4620 TALL TREES CT | | | | | |
| | | PALATINE, IL 60067 | | | | | |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,990.00 |
| 07/03/13 | 25 | GUZALDO LAW OFFICE | SETTLEMENT 2ND PAYMENT | 1110-000 | 1,000.00 | | 3,990.00 |
| | | 6650 N NORTHWEST HIGHWAY | | | | | |
| | | CHICAGO IL 60631 | | | | | |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,980.00 |
| 07/15/13 | 25 | JOHN V. AND CANDICE DESIMONE | SETTLEMENT 3-4 PAYMENTS | 1110-000 | 2,000.00 | | 5,980.00 |
| | | 4620 TALL TRESS CT | | | | | |
| | | PALATINE, IL 60067 | | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,970.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,960.00 |
| 09/26/13 | 25 | JOHN V. DESIMONE | SETTLEMENT PAYMENT # 5 & 6 | 1110-000 | 2,000.00 | | 7,960.00 |
| | | CANDICE M. DESIMONE | | | | | |
| | | 4620 TALL TRESS CT | | | | | |
| | | PALATINE, IL 60067 | | | | | |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,950.00 |
| 10/10/13 | 25 | GUZALDO LAW OFFICES | SETTLEMENT 3RD AND LAST PAYMENT | 1110-000 | 1,000.00 | | 8,950.00 |
| | | 6650 N NORTHWEST HIGHWAY | | | | | |
| | | CHICAGO IL 60631 | | | | | |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.87 | 8,937.13 |

| | | | Page Subtotals | | 9,000.00 | 62.87 | |

Ver: 18.04c

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-45896 -PSH | |
| Case Name: | DE SIMONE, CANDICE MARIE | |
| | DE SIMONE, JOHN VITO | |
| Taxpayer ID No: | *******5407 | |
| For Period Ending: | 05/20/15 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8496  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.86 | 8,924.27 |
| 01/08/14 | 25 | CHASE Cashier's check | Payment 7 and 8 | 1110-000 | 2,000.00 | | 10,924.27 |
| | | John V Desimone | | | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.27 | 10,911.00 |
| 01/09/14 | 010001 | MAXWELL LAW GROUP, LLC | ATTY FOR TRUSTEE EXP (TR. FIRM) | 3110-000 | | 10,911.00 | 0.00 |
| | | 105 WEST ADAMS | Partial Payment for Trustee's Attorney Comp. | | | | |
| | | SUITE 3200 | Order signed  4/26/2012 | | | | |
| | | CHICAGO, IL 60603 | | | | | |
| 04/07/14 | 25 | JOHN DESIMONE | PAYMENT 9 + 10 | 1110-000 | 2,000.00 | | 2,000.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,990.00 |
| 05/23/14 | 25 | Candice and John De Simone | Payment 11 and 12 | 1110-000 | 2,000.00 | | 3,990.00 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,980.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,970.00 |
| 03/20/15 | 010002 | ADAMS LEVINE | Bond Payments | 2300-000 | | 3.80 | 3,966.20 |
| | | Attn: Maria Sponza | BOND # 10BSBGR6291 | | | | |
| | | 60 East 42nd Street Suite 965 | | | | | |
| | | New York, NY 10165-0965 | | | | | |
| 04/30/15 | 010003 | MAXWELL LAW GROUP, LLC | INTEREST INCOME | 3120-000 | | 212.13 | 3,754.07 |
| | | 105 WEST ADAMS | C/O 4/30/15 | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |
| 04/30/15 | 010004 | ANDREW J. MAXWELL, TRUSTEE | Trustee Compensation | 2100-000 | | 3,711.53 | 42.54 |
| | | 105 W. ADAMS | C/O 4/30/15 | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO,  IL 60603 | | | | | |
| 04/30/15 | 010005 | CLERK OF US BANKRUPTCY COURT | Clerk of the Courts Costs (includes | 2700-000 | | 42.54 | 0.00 |
| | | NORTHERN DISTRICT OF ILLINOIS | Adv deferred fee | | | | |
| | | 219 S. DEARBORN | | | | | |
| | | CHICAGO IL 60604 | | | | | |

Page Subtotals          6,000.00          14,937.13

Ver: 18.04c

FORM 2    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| | |
|---|---|
| Case No: | 09-45896  -PSH |
| Case Name: | DE SIMONE, CANDICE MARIE |
| | DE SIMONE, JOHN VITO |
| Taxpayer ID No: | *******5407 |
| For Period Ending: | 05/20/15 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8496  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 15,000.00 | 15,000.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 15,000.00 | 15,000.00 | |

Page Subtotals            0.00            0.00

Ver: 18.04c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-45896 -PSH | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Case Name: | DE SIMONE, CANDICE MARIE | | | Bank Name: | Bank of America, N.A. | |
| | DE SIMONE, JOHN VITO | | | Account Number / CD #: | *******8722  Money Market - Interest Bearing | |
| Taxpayer ID No: | *******5407 | | | | | |
| For Period Ending: | 05/20/15 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/27/10 | 2 | LATOYA WILLIAMS 1305 E. PALATINE RD PALATINE, IL 60074 | MAY RENT - 1305 E. PALATINE | 1122-000 | 2,600.00 | | 2,600.00 |
| 06/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,600.06 |
| 07/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,600.12 |
| 08/31/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,600.19 |
| 08/31/10 | 000101 | FRANK LEMOND 1525 N. ELSTON APT 2 CHICAGO, IL 60642 | 5-DAY NOTICE OF EVICTION | 2690-000 | | 70.00 | 2,530.19 |
| 09/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,530.25 |
| 10/12/10 | 2 | LATOYA WILLIAMS | RENT 7/10 | 1122-000 | 2,600.00 | | 5,130.25 |
| 10/29/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 5,130.34 |
| 11/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,130.47 |
| 12/31/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,130.60 |
| 01/31/11 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,130.73 |
| 02/10/11 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS Bond# 016026455 | 2300-000 | | 8.53 | 5,122.20 |
| 02/28/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,122.24 |
| 03/31/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,122.28 |
| 04/29/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,122.32 |
| 05/23/11 | | Greater Illinois Title 120 N. LaSalle, Suite 900 Chicago, IL | RCPTS - LIQUID. OF REAL PROPERTY | | 37,318.15 | | 42,440.47 |
| | 2 | GREATER ILLINOIS TITLE CO | Memo Amount:      426,000.00 SALE OF 1305 E PALATINE | 1110-000 | | | |

Page Subtotals  42,519.00  78.53

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 09-45896 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DE SIMONE, CANDICE MARIE | Bank Name: | Bank of America, N.A. |
| | DE SIMONE, JOHN VITO | Account Number / CD #: | *******8722  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5407 | | |
| For Period Ending: | 05/20/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | GIT | Memo Amount:     (     43,964.09 ) | 2500-000 | | | |
| | | | Total reductions amt due Seller | | | | |
| | | | Settlement charges to Seller  24,838.02 | | | | |
| | | | Offset Seller Paid owners title 1,822.00 | | | | |
| | | | Closing Cost credit 4,750.93 | | | | |
| | | | Deposit applied to Broker's commission 10,000 | | | | |
| | | | County Taxes 07/01/10 to 12/31/10  1,392.04 | | | | |
| | | | County Taxes 01/01/11 to 5/17/11  1,161.10 | | | | |
| | | FIRSTMERIT BANK N.A. | Memo Amount:     (    343,832.32 ) | 4210-000 | | | |
| | | | WIRE TRANSFER-SALE PROCEEDS | | | | |
| | | GIT | Memo Amount:     (      885.44 ) | 2500-000 | | | |
| | | | Additional Charges | | | | |
| 05/31/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 42,440.58 |
| 06/30/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 42,440.93 |
| 07/29/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 42,441.29 |
| 08/01/11 | 000103 | Russel G. Winick & Associates, P.C. | ATTY FOR TR - FEES (OTHER FIRM) | 3210-000 | | 4,605.74 | 37,835.55 |
| | | 1220 Iroquois Ave., Suite 100 | | | | | |
| | | Naperville, IL 60563 | | | | | |
| 08/31/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 37,835.88 |
| 09/30/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,836.19 |
| 10/31/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,836.51 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 48.20 | 37,788.31 |
| 11/30/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,788.62 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.59 | 37,742.03 |
| 12/30/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,742.35 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.53 | 37,695.82 |
| 01/31/12 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,696.14 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 49.44 | 37,646.70 |
| 02/29/12 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 37,647.00 |

Page Subtotals                3.03          4,796.50

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 09-45896  -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DE SIMONE, CANDICE MARIE | Bank Name: | Bank of America, N.A. |
| | DE SIMONE, JOHN VITO | Account Number / CD #: | *******8722  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5407 | | |
| For Period Ending: | 05/20/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 44.74 | 37,602.26 |
| 03/26/12 | 000104 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 31.45 | 37,570.81 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/30/12 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,571.13 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.23 | 37,524.90 |
| 04/26/12 | 000105 | MAXWELL LAW GROUP, LLC | ATTY FOR TR - FEES (TR. FIRM) | 3110-000 | | 37,524.90 | 0.00 |
| | | 105 WEST ADAMS | interim attorney fees | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 426,000.00 | COLUMN TOTALS | | 42,522.35 | 42,522.35 | 0.00 |
| Memo Allocation Disbursements: | 388,681.85 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 42,522.35 | 42,522.35 | |
| Memo Allocation Net: | 37,318.15 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 42,522.35 | 42,522.35 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 426,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 388,681.85 | Checking Account (Non-Interest Earn - *******8496 | 15,000.00 | 15,000.00 | 0.00 |
| | | Money Market - Interest Bearing - *******8722 | 42,522.35 | 42,522.35 | 0.00 |
| Total Memo Allocation Net: | 37,318.15 | | 57,522.35 | 57,522.35 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.32            37,647.32

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 26)*

FORM 2                                                                                                          Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-45896  -PSH | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Case Name: | DE SIMONE, CANDICE MARIE | | | Bank Name: | Bank of America, N.A. | |
| | DE SIMONE, JOHN VITO | | | Account Number / CD #: | *******8722  Money Market - Interest Bearing | |
| Taxpayer ID No: | *******5407 | | | | | |
| For Period Ending: | 05/20/15 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  | Page Subtotals | 0.00 | 0.00 |  |

Ver: 18.04c